# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRYST, INC. | § | Case No. 09-23272 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/22/2010 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/05/2010        By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 1                  Date Rcvd: Aug 16, 2010
Case: 09-23272                Form ID: pdf006             Total Noticed: 39

The following entities were noticed by first class mail on Aug 18, 2010.
db           +Pryst, Inc.,    13555 Oakwood Ct.,    Homer Glen, IL 60491-8157
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Mitchell A Cohen,    7749 N Milwaukee Ave,    Niles, IL 60714-4733
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
14094062     +A.T.&T.,    POB 8100,    Aurora, IL 60507-8100
14094063     +Ado Corporation,    851 Simuel Road,    Spartanburg, SC 29301-4334
14094064     +Advanta Credit Card,    POB 8088,    Philadelphia, PA 19101-8088
14094065     +American Express,    Box 10001,    Los Angeles, CA 90096-0001
14662879      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14094066     +B&W Window Fashions,    1705 Waukegan Rd.,    Waukegan, IL 60085-6700
14094068     +Bank of America,    POB 15019,    Wilmington, DE 19886-5019
14094067     +Bank of America,    POB 15710,    Wilmington, DE 19886-5710
14094069     +Capital One,    POB 6492,    Carol Stream, IL 60197-6492
14094070     +Chicago Blind Company,    20607 Burl Court,    Joliet, IL 60433-9713
14094071     +First Equity,    POB 23029,    Columbus, GA 31902-3029
14094072     +Frank Kasmir Assoc., Inc.,    3191 Commonwealth Dr.,    Dallas, TX 75247-6201
14094073     +G & G Royal Distributors,    1043 N. Lombard Rd., #1,    Lombard, IL 60148-1238
14094074     +Genes Industry,    4570 Shelby Air Drive, #11,    Memphis, TN 38118-7420
14094075     +Grainger,    8045 River Dr.,    Morton Grove, IL 60053-2651
14094076      Greenhouse Design,    POB 2010,    High Point, NC 27261
14094077     +Groot Disposal,    2500 Landmeier Rd.,    Elk Grove Village, IL 60007-2627
14094079     +HSBC Business Solutions,    POB 5219,    Carol Stream, IL 60197-5219
14094080      HSBC Solutions,    POB 529,    Carol Stream, IL 60197
14094078     +Home Depot,    POB 6029,    The Lakes, NV 88901-6029
14094081     +Hunter Douglas,    One Hundred Douglas Dr.,    Cumberland, MD 21502-6485
14094082     +Joanna H. Prystalski,    13555 Oakwood Ct.,    Homer Glen, IL 60491-8157
14094083     +John H. Prstalski,    13555 Oakwood Ct.,    Homer Glen, IL 60491-8157
14094084     +Lafayette Venetian Blind Co.,    3000 Klondike Rd.,    POB2838,    West Lafayette, IN 47906-5210
14094085     +Michael's Textiles Co., Inc.,    225 Hinton St.,    Petersburg, VA 23803-3809
14094086     +Mr. & Mrs. John Prystalski,    13555 Oakwood Ct.,    Homer Glen, IL 60491-8157
14094087     +Peterson Glass Company,    5535 Milwaukee Ave.,    Chicago, IL 60630-1226
14094088     +R.H. Rowley Company,    POB 6010,    230 Meek Rd.,    Gastonia, NC 28056-8122
14094089     +Robert Allen Fabrics, Inc.,    225 Foxboro Blvd.,    Foxboro, MA 02035-2854
14094090     +Rudolph CPA,    464 N. Lake St.,    Mundelein, IL 60060-1825
14094091     +Shell Oil Company,    POB 689081,    Des Moines, IA 50368-9081
14094092     +State Farm Insurance Company,    POB 2329,    Bloomington, IL 61702-2329
14094093     +United Supply Co.,    POB 410149,    Charlotte, NC 28241-0149
14094094     +Wisconsin Drapery Supply, Inc.,    N 27 W 23591 Paul Rd.,    Pewaukee, WI 53072-5790
The following entities were noticed by electronic transmission on Aug 16, 2010.
14863760      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2010 01:29:15
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2010**                    **Signature:**       *Joseph Speetjens*