## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS

In re: §
§
PRYST, INC. §  Case No. 09-23272
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 98,033.96
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants: 5,335.11

Claims Discharged
Without Payment: 333,508.56

Total Expenses of Administration: 13,167.91

---

3) Total gross receipts of $ 18,503.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 18,503.02 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 13,167.91 | 13,167.91 | 13,167.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 225,964.42 | 112,879.25 | 112,879.25 | 5,335.11 |
| TOTAL DISBURSEMENTS | $ 225,964.42 | $ 126,047.16 | $ 126,047.16 | $ 18,503.02 |

4) This case was originally filed under chapter 7 on  06/26/2009 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __11/22/2010_____ By:/s/BARRY A. CHATZ_____

Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FACTORY OFFICE - 3 DESKS, 2 CREDENZAS, 6 CABINETS, | 1129-000 | 3,500.00 |
| WAREHOUSE RACKING SYSTEM, PHONE SYSTEM, SECURITY S | 1129-000 | 15,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 3.02 |
| TOTAL GROSS RECEIPTS | | $ 18,503.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,600.30 | 2,600.30 | 2,600.30 |
| BARRY A. CHATZ | 2200-000 | NA | 26.40 | 26.40 | 26.40 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 13.21 | 13.21 | 13.21 |
| PETERSON GLASS COMPANY | 2410-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | 3210-000 | NA | 5,528.00 | 5,528.00 | 5,528.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,167.91 | $ 13,167.91 | $ 13,167.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.T.&T. POB 8100 Aurora, IL 60507 | | 386.79 | NA | NA | 0.00 |
| | Ado Corporation 851 Simuel Road Spartanburg, SC 29301 | | 1,727.83 | NA | NA | 0.00 |
| | Advanta Credit Card POB 8088 Philadelphia, PA 19101 | | 15,856.00 | NA | NA | 0.00 |
| | American Express Box 10001 Los Angeles, CA 90096 | | 500.00 | NA | NA | 0.00 |
| | B&W Window Fashions 1705 Waukegan Rd. Waukegan, IL 60085 | | 2,186.05 | NA | NA | 0.00 |
| | Bank of America POB 15019 Wilmington, DE 19886 | | 48,309.00 | NA | NA | 0.00 |
| | Bank of America POB 15710 Wilmington, DE 19886 | | 27,668.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America POB 15710 Wilmington, DE 19886 | | 19,095.00 | NA | NA | 0.00 |
| | Bank of America POB 15710 Wilmington, DE 19886 | | 27,081.00 | NA | NA | 0.00 |
| | Capital One POB 6492 Carol Stream, IL 60197 | | 18,551.00 | NA | NA | 0.00 |
| | Chicago Blind Company 20607 Burl Court Joliet, IL 60433 | | 564.08 | NA | NA | 0.00 |
| | First Equity POB 23029 Columbus, GA 31902 | | 8,734.00 | NA | NA | 0.00 |
| | Frank Kasmir Assoc., Inc. 3191 Commonwealth Dr. Dallas, TX 75247 | | 507.96 | NA | NA | 0.00 |
| | G & G Royal Distributors 1043 N. Lombard Rd., #1 Lombard, IL 60148 | | 215.80 | NA | NA | 0.00 |
| | Genes Industry 4570 Shelby Air Drive, #11 Memphis, TN 38118 | | 428.72 | NA | NA | 0.00 |
| | Grainger 8045 River Dr. Morton Grove, IL 60053 | | 42.58 | NA | NA | 0.00 |
| | Greenhouse Design POB 2010 High Point, NC 27261 | | 319.42 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Groot Disposal 2500 Landmeier Rd. Elk Grove Village, IL 60007 | | 0.00 | NA | NA | 0.00 |
| | HSBC Business Solutions POB 5219 Carol Stream, IL 60199 | | 40.10 | NA | NA | 0.00 |
| | HSBC Solutions POB 529 Carol Stream, IL 60197 | | 198.47 | NA | NA | 0.00 |
| | Home Depot POB 6029 The Lakes, NV 88901 | | 272.79 | NA | NA | 0.00 |
| | Hunter Douglas One Hundred Douglas Dr. Cumberland, MD 21502 | | 30,259.00 | NA | NA | 0.00 |
| | Lafayette Venetian Blind Co. 3000 Klondike Rd. POB2838 West Lafayette, IN 47996 | | 315.50 | NA | NA | 0.00 |
| | Michael's Textiles Co., Inc. 225 Hinton St. Petersburg, VA 23803 | | 24.92 | NA | NA | 0.00 |
| | Mr. & Mrs. John Prystalski 13555 Oakwood Ct. Homer Glen, IL 60491 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peterson Glass Company 5535 Milwaukee Ave. Chicago, IL 60630 | | 20,000.00 | NA | NA | 0.00 |
| | R.H. Rowley Company POB 6010 230 Meek Rd. Gastonia, NC 28056 | | 157.51 | NA | NA | 0.00 |
| | Robert Allen Fabrics, Inc. 225 Foxboro Blvd. Foxboro, MA 02035 | | 1,211.29 | NA | NA | 0.00 |
| | Rudolph CPA 464 N. Lake St. Mundelein, IL 60060 | | 0.00 | NA | NA | 0.00 |
| | Shell Oil Company POB 689081 Des Moines, IA 50368 | | 260.80 | NA | NA | 0.00 |
| | State Farm Insurance Company POB 2329 Bloomington, IL 61702 | | 518.15 | NA | NA | 0.00 |
| | United Supply Co. POB 410149 Charlotte, NC 28231 | | 319.66 | NA | NA | 0.00 |
| | Wisconsin Drapery Supply, Inc. N 27 W 23591 Paul Rd. Pewaukee, WI 53072 | | 213.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 1,570.22 | 1,570.22 | 74.21 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | B&W WINDOW FASHIONS | 7100-000 | NA | 1,831.20 | 1,831.20 | 86.55 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 28,445.87 | 28,445.87 | 1,344.46 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 18,809.15 | 18,809.15 | 888.99 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | 7100-000 | NA | 28,831.85 | 28,831.85 | 1,362.71 |
| 000002 | FRANK KASMIR ASSOC., INC. | 7100-000 | NA | 523.34 | 523.34 | 24.74 |
| 000005 | HUNTER DOUGLAS | 7100-000 | NA | 31,325.27 | 31,325.27 | 1,480.55 |
| 000004 | ROBERT ALLEN FABRICS, INC. | 7100-000 | NA | 1,211.29 | 1,211.29 | 57.25 |
| 000001 | UNITED SUPPLY CO. | 7100-000 | NA | 331.06 | 331.06 | 15.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 225,964.42 | $ 112,879.25 | $ 112,879.25 | $ 5,335.11 |

Page: 1
Exhibit 8

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-23272    WER    Judge: EUGENE R. WEDOFF
Case Name: PRYST, INC

For Period Ending: 11/22/10

Trustee Name: BARRY A. CHATZ
Date Filed (f) or Converted (c): 06/26/09 (f)
341(a) Meeting Date: 08/07/09
Claims Bar Date: 01/12/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MANUFACTURER'S BANK - CHECKING ACCOUNT | 10.00 | 10.00 | DA | 0.00 | FA |
| 2. SECURITY DEPOSIT - PETERSON GLASS COMPANY, 5555 MI | 3,573.96 | 3,573.96 | DA | 0.00 | FA |
| 3. 1997 PLYMOUTH CARRYALL MINIVAN OWNED JOINTLY WITH | 2,200.00 | 2,200.00 | DA | 0.00 | FA |
| 4. FACTORY OFFICE - 3 DESKS, 2 CREDENZAS, 6 CABINETS, | 59,050.00 | 59,050.00 | DA | 3,500.00 | FA |
| 5. WAREHOUSE RACKING SYSTEM, PHONE SYSTEM, SECURITY S | 33,200.00 | 33,200.00 | DA | 15,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | DA | 3.02 | FA |

TOTALS (Excluding Unknown Values)    $98,033.96    $98,033.96    $18,503.02

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; PREPARE TFR.

Initial Projected Date of Final Report (TFR): 06/30/10    Current Projected Date of Final Report (TFR): 09/30/10

Ver: 16.00a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1
Exhibit 9

| Case No.: | 09-23272 - WER |
| Case Name: | PRYST, INC. |
| | |
| Taxpayer ID No.: | *******1654 |
| For Period Ending: | 11/22/10 |

| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9997 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/09 | 5 | HUNTER DOUGLAS WEST 12250 PARKWAY CENTRE DRIVE POWAY, CA 92064 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 15,000.00 | | 15,000.00 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 15,000.27 |
| 12/02/09 | 000301 | PETERSON GLASS COMPANY | ADMINISTRATIVE EXPENSE CLAIM | 2410-000 | | 5,000.00 | 10,000.27 |
| 12/15/09 | 4 | CHICAGO BLIND COMPANY | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,500.00 | | 13,500.27 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.35 | | 13,500.62 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,500.96 |
| 02/12/10 | 000302 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 13.21 | 13,487.75 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 13,488.06 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.35 | | 13,488.41 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,488.74 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,489.08 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,489.42 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,489.76 |
| 08/05/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 13,489.81 |
| 08/05/10 | | Transfer to Acct #******6605 | Final Posting Transfer | 9999-000 | | 13,489.81 | 0.00 |
| | | | Page Subtotals | | 18,503.02 | 18,503.02 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver. 16.00a

Page: 2
Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-23272 -WER
Case Name: PRYST, INC.

Taxpayer ID No: *******1654
For Period Ending: 11/22/10

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9997 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 18,503.02 | 18,503.02 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 13,489.81 | |
| | | | Subtotal | | 18,503.02 | 5,013.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,503.02 | 5,013.21 | |

Page Subtotals        0.00        0.00

Page: 3
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-23272 -WER
Case Name: PRYST, INC.

Taxpayer ID No: *******1654
For Period Ending: 11/22/10

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******6605 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | | 0.00 |
| 08/05/10 | | Transfer from Acct #*******9997 | Transfer In From MMA Account | | 9999-000 | 13,489.81 | | 13,489.81 |
| 09/22/10 | 003001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | | 2100-000 | | 2,600.30 | 10,889.51 |
| 09/22/10 | 003002 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Expenses | | 2200-000 | | 26.40 | 10,863.11 |
| 09/22/10 | 003003 | JOSEPH A. BALDI & ASSOCIATES, P.C. 19 SOUTH LASALLE STREET SUITE 1500 CHICAGO, IL 60603 | Claim 000010, Payment 100.00000% | | 3210-000 | | 5,528.00 | 5,335.11 |
| 09/22/10 | 003004 | United Supply Co. POB 410149 Charlotte, NC 28241 | Claim 000001, Payment 4.72724% | | 7100-000 | | 15.65 | 5,319.46 |
| 09/22/10 | 003005 | Frank Kasmir Assoc., Inc. 3191 Commonwealth Dr. Dallas, TX 75247 | Claim 000002, Payment 4.72733% | | 7100-000 | | 24.74 | 5,294.72 |
| 09/22/10 | 003006 | B&W Window Fashions 1705 Waukegan Rd. Waukegan, IL 60085 | Claim 000003, Payment 4.72641% | | 7100-000 | | 86.55 | 5,208.17 |
| 09/22/10 | 003007 | Robert Allen Fabrics, Inc. 225 Foxboro Blvd Foxboro, MA 02035 | Claim 000004, Payment 4.72637% | | 7100-000 | | 57.25 | 5,150.92 |
| 09/22/10 | 003008 | Hunter Douglas One Hundred Douglas Dr. Cumberland, MD 21502 | Claim 000005, Payment 4.72638% | | 7100-000 | | 1,480.55 | 3,670.37 |
| 09/22/10 | 003009 | American Express Bank, FSB | Claim 000006, Payment 4.72609% | | 7100-000 | | 74.21 | 3,596.16 |
| | | | Page Subtotals | | | 13,489.81 | 9,893.65 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Ver: 16.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  4
Exhibit 9

| Case No: | 09-23272 -WER | Trustee Name: | BARRY A. CHATZ |
| Case Name: | PRYST, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6605  BofA - Checking Account |
| Taxpayer ID No: | *******1654 | | |
| For Period Ending: | 11/22/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/22/10 | 003010 | POB 3001 Malvern, PA 19355-0701 FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000007, Payment 4.726638% | 7100-000 | | 1,344.46 | 2,251.70 |
| 09/22/10 | 003011 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000008, Payment 4.72637% | 7100-000 | | 888.99 | 1,362.71 |
| 09/22/10 | 003012 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000009, Payment 4.72641% | 7100-000 | | 1,362.71 | 0.00 |

| | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 13,489.81 | 13,489.81 | 0.00 |
| Less: Bank Transfers/CD's | | 13,489.81 | 0.00 | |
| Subtotal | | 0.00 | 13,489.81 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 13,489.81 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Money Market Account - ********9997 | 18,503.02 | 5,013.21 | 0.00 |
| BofA - Checking Account - ********6605 | 0.00 | 13,489.81 | 0.00 |
| | 18,503.02 | 18,503.02 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00          3,596.16

Ver: 16.00a

Page: 5
Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   09-23272 -WER
Case Name:   PRYST, INC.

Trustee Name:   BARRY A. CHATZ
Bank Name:   BANK OF AMERICA, N.A.
Account Number / CD #:   *******6605   BofA - Checking Account

Taxpayer ID No:   *******1654
For Period Ending:   11/22/10

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BofA - Money Market Account - *******9997 | | | | |
| | | | BofA - Checking Account - *******6605 | | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24   UST Form 101-7-TDR (10/1/2010) (Page: 15)

Ver: 16.00a